IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00443-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAIME HERNANDEZ-BADILLO,
  a/k/a Ramiro Sanchez, a/k/a Jamie
  Hernandez, a/k/a Jamie Badillo,

      Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Jaime Hernandea-Badillo before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the INDICTMENT, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

DATED at Denver, Colorado, this 4th day of November, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge